IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE ROBERT HALL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-615-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the Commissioner of Social Security and remanding this case for additional proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

_____      _____
Peter Oppeneer, Clerk of Court                            2/13/2012
                                                                                Date